KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 801
Sacramento, CA 95814
Tel:(916) 442-4948
kbabineau@klblawoffice.net
Attorney for DEDRIC BLOUNT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:21-CR-0035-JAM |
| Plaintiff, | ) |
| | ) ~~PROPOSED~~ ORDER FOR |
| v. | ) TEMPORARY RELEASE |
| | ) |
| DEDRIC BLOUNT | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

ORDER

Pursuant to 18 U.S.C. § 3142(i), the Court finds there is a compelling reason to order the temporary release of defendant Dedric Blount from the custody of the United States Marshals Service between 8 a.m. and 9 a.m. on August 9, 2021.  Defendant shall be released only to the custody of Fred Scoville, licensed private investigator, to be taken to defendant's mother's funeral service at Wiggins-Knapp Funeral Home, 524 Capitol Street, Vallejo, California, and returned to the Sacramento County Main Jail at the conclusion of the funeral service. The Court further orders that Defendant Blount be returned to the custody of the United States Marshals Service by delivery to authorities at the Sacramento County Main Jail no later than 5:30 p.m. on August 9, 2021. The United States Marshals is directed to make necessary arrangements with Sacramento County Main Jail for Defendant Blount's release and subsequent return to custody on August 9, 2021. Defendant Blount is ordered to sign the attached Notice to Defendant

-1-

1  Being Released and file it with the Court before his release. All conditions set forth in
2  that notice are hereby ordered.
3      IT IS SO ORDERED.
4  Date: August 6, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE