KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall # 801
Sacramento, CA 95814
Tel:(916) 442-4948
kbabineau@klblawoffice.net

Attorney for DEDRIC BLOUNT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 21-CR-00035JAM |
| Plaintiff, | ) |
| | ) ORDER TO FILE DECLARATION |
| | ) UNDER SEAL |
| v. | ) |
| | ) DATE: January 11, 2022 |
| DEDRIC BLOUNT | ) TIME: 9:30 A.M. |
| Defendant. | ) JUDGE: John A. Mendez |
| | ) |

**ORDER**

**IT IS HEREBY ORDERED** that the declaration of counsel, Kelly Babineau, filed in support of the Motion to Withdraw as counsel be filed under seal.

DATED:  January 7, 2022         /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE

REQUEST FOR AN ORDER TO FILE DECLARATION UNDER SEAL