KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
kbabineau@klblawoffice.net

Attorney for DEDRICK BLOUNT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>DEDRICK BLOUNT,<br>　　　　Defendant. | No. 2:21-CR-0035JAM<br><br>STIPULATION TO CONTINUE<br>STATUS CONFERENCE AND<br>EXCLUDABLE TIME;<br>PERIODS UNDER SPEEDY TRIAL ACT;<br>FINDINGS AND ORDER<br><br>Date: March 1, 2022<br>Time: 9:30 a.m<br>Judge: Hon. John A. Mendez |

STIPULATION

By previous order, this matter was set a status conference on February 1, 2022. By this stipulation, the parties request to continue the status conference on February 1, 2022, to March 1, 2022, at 9:30 a.m., and to exclude time between February 1, 2022 and March 1, 2022, under Local Code T4.

1. A series of General Orders issued by the Chief United States District Judge for the Eastern District of California during the past nineteen months address the pandemic, including General Orders 612, 617, 618, 624, 628, 630, 631, 632, 635 and 640. These general orders have resulted in restrictions to public access to

federal courthouses in the Eastern District of California for the period from March 18, 2020 to June 14, 2021. General Order 635, issued September 28, 2021, provided each district judge discretion to hold hearings in person or via remote conferencing for an additional 90 days from the date of issuance.

2. Sacramento County Public Health Officials returned to an indoor mask mandate on July 31, 2021, both for vaccinated and unvaccinated individuals, due to an increase in the Delta variant.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has provided approximately 1300 pages of discovery associated with this case, which includes reports, photographs and other documents, as well as multiple recordings. All of this discovery has been either produced directly to counsel and / or made available for inspection and copying.

   b. The Indictment in this case was returned on February 11, 2021 (ECF 1.)

   c. Defendant Frank Gowens was arraigned on March 5, 2021 (ECF 11) and Defendant Dedric Blount was arraigned on April 15, 2021 (ECF 27.)

   d. The government and defense counsel have engaged in, and continue to discuss, ongoing plea negotiations.

   e. Counsel for the defendant desires additional time to finish review of the discovery, investigation, consultation with her client, and finish negotiating a possible resolution.

   f. Counsel for defendant believes that failure to grant the above-requested

continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

g. Mr. Blount is unavailable to appear in court on February 1, 2022, due to a medical issue. Therefore, this stipulation is being filed so that Mr. Blount may appear in court at the next appearance.

h. The government does not object to the continuance.

i. Based upon the above-stated facts, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

j. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 1, 2022 to March 1, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: January 31, 2022      PHILLIP A. TALBERT
                            Acting United States Attorney

                            /s/ JASON HITT
                            JASON HITT
                            Assistant United States Attorney

Dated:  January 31, 2022     /s/ KELLY BABINEAU
                            KELLY BABINEAU
                            Attorney for DEDRICK BLOUNT

### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 31st day of January, 2022.

Dated:  January 31, 2022     /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            UNITED STATES DISTRICT COURT JUDGE