LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
DEDRIC BLOUNT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DEDRIC BLOUNT,<br><br>　　　　　Defendant. | Case No.: 2:21-cr-035 JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　　April 26, 2022<br>Time:　　9:30 a.m.<br>Court:　　Hon. John A. Mendez |

　　　Plaintiff United States of America by and through Assistant United States Attorney Jason Hitt, and Attorney Todd Leras on behalf of Defendant Dedric Blount, stipulate as follows:

1. This matter is presently set for status conference on April 26, 2022. On February 16, 2022, this Court signed an order substituting Attorney Todd D. Leras as appointed counsel for Defendant Dedric Blount in place of Attorney Kelly Babineau (ECF Docket Entry 93).

ORDER CONTINUING STATUS
CONFERENCE

2. By this stipulation, Defendant Blount moves to continue the status conference to July 26, 2022.

3. This case involves controlled purchases of cocaine base and heroin occurring on various dates near Vallejo, California.  Substitute defense counsel has received voluminous discovery materials from predecessor counsel consisting of approximately 1,300 pages of reports, photographs, as well as audio and video recordings.  Since his appointment, defense counsel has been regularly meeting with Mr. Blount at the Sacramento County Jail to review the discovery, discuss potential defenses, and consider potential resolution through negotiated disposition of this matter.  Additional time is needed to review the discovery materials, discuss them with Mr. Blount, and to conduct defense investigation.

4. Given the need for additional time to review and conduct defense investigation, Defendant Blount requests to continue the status conference in this matter to July 26, 2022, at 9:30 a.m., and to exclude time between April 26, 2022 and July 26, 2022, inclusive, under Local Code T-4.  The United States does not oppose this request.

5. Attorney Todd Leras represents and believes that failure to grant additional time as requested would deny Defendant Blount the reasonable time necessary for effective preparation, considering the exercise of due diligence.

6. Based on the above-stated facts, Defendant Blount requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

ORDER CONTINUING STATUS CONFERENCE

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of April 26, 2022 to July 26, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B)(iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Blount's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Jason Hitt has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED: April 21, 2022

PHILLIP A. TALBERT
United States Attorney

By   */s/ Todd D. Leras for*
     JASON HITT
     Assistant United States Attorney

DATED: April 21, 2022

By   */s/ Todd D. Leras*
     TODD D. LERAS
     Attorney for Defendant
     DEDRIC BLOUNT

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for April 26, 2022, is vacated. A new status conference is scheduled for July 26, 2022, at 9:30 a.m.  The Court further finds, based on the representations of the parties and Defendant Blount's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from April 26, 2022, up to and including July 26, 2022.

IT IS SO ORDERED.

DATED:  April 22, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

ORDER CONTINUING STATUS CONFERENCE