LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
DEDRIC BLOUNT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DEDRIC BLOUNT,<br><br>    Defendant. | Case No.: 2:21-cr-0035 JAM<br><br>STIPULATION AND ORDER FOR TEMPORARY RELEASE<br><br>Court:   Hon. Kendall J. Newman |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Jason Hitt and Defendant Dedric Blount by and through his attorney Todd D. Leras, request that the Court issue an order granting Mr. Blount a temporary release from the Sacramento County Jail on Friday, June 24, 2022, from 9:00 a.m. to 8:00 p.m., to attend funeral services for his sister, Tonya Blount.  The period of the temporary release is required to allow roundtrip travel from Sacramento to Vallejo.

ORDER FOR TEMPORARY RELEASE

Dedric Blount was very close to his sister and her death represents a significant loss to him. Tonya Blount died on June 4, 2022. A funeral service and family gathering for Tonya Blount are scheduled to begin at Wiggins-Knipp Funeral Home, 524 Capitol Street, Vallejo, California, at 11:00 a.m. on June 24, 2022.

Mr. Blount is currently in custody at the Sacramento County Jail. United States Magistrate Judge Jeremy D. Peterson authorized a temporary release for Dedric Blount to allow him to attend his mother's funeral on August 9, 2021. That funeral service also occurred at the Wiggins-Knapp Funeral Home. Defense Investigator Fred Scoville accompanied Mr. Blount to his mother's funeral service last August without incident.

Dedric Blount is charged with drug trafficking offenses, including participating in a conspiracy to distribute and possess with intent to distribute cocaine base and heroin in violation of 21 U.S.C. §§ 846 and 841(a)(1). His matter is scheduled for Status Conference on July 26, 2022, before the Honorable John A. Mendez.

The parties stipulate and agree that Mr. Blount be temporarily released from the Sacramento County Jail to the custody of Investigator Fred Scoville on June 24, 2022, from 9:00 a.m. to 8:00 p.m. Mr. Blount's activity will be limited to traveling from the Jail to his sister's funeral service and family gathering. Investigator Scoville will escort Mr. Blount to the funeral ceremony and remain with him until his return to the Sacramento County Jail. Mr. Blount will remain in the custody of Investigator Scoville during the period of the Temporary Release.

/ / /

/ / /

/ / /

/ / /

ORDER FOR TEMPORARY RELEASE

Assistant U.S. Attorney Jason Hitt has reviewed this proposed order and authorized Todd D. Leras to sign it on his behalf.

DATED: June 16, 2022     By   */s/ Todd D. Leras for*
                                JASON HITT
                                Assistant United States Attorney

DATED: June 16, 2022     By   */s/ Todd D. Leras*
                                TODD D. LERAS
                                Attorney for Defendant
                                DEDRIC BLOUNT

ORDER FOR TEMPORARY RELEASE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, and good cause appearing to exist, the Court orders the following:

1. Dedric Blount (X Reference Number 5354850) shall be released from the Sacramento County Jail on a "Temporary Out" on June 24, 2022, at 9:00 a.m., to the temporary custody of Investigator Fred Scoville, who has agreed to function as third-party custodian.

2. Upon temporary release, Dedric Blount shall remain with the third-party custodian while traveling from the Sacramento County Jail to his sister's funeral ceremony and family gathering at the Wiggins-Knapp Funeral Home, 524 Capitol Street, Vallejo, California. Investigator Scoville shall remain with Dedric Blount during the funeral service and family gathering for Tonya Blount.

3. Investigator Scoville shall return Dedric Blount to the Sacramento County Jail by 8:00 p.m. on Friday, June 24, 2022.

IT IS SO ORDERED.

DATED:  JUNE 17, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER FOR TEMPORARY RELEASE