UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 17, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEDRIC BLOUNT<br><br>Defendant. | Case No. 2:21-cr-00035-JAM<br><br>**ORDER FOR TEMPORARY RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DEDRIC BLOUNT Case No. 2:21-cr-00035-JAM  Charges 21 USC § 846  from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

_____   Unsecured Appearance Bond $ _____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety as stated on the record in open court.

_____   Corporate Surety Bail Bond

__X__   (Other): Defendant temporarily released to the third party custody of Investigator Fred Scoville on 6/24/2022 at 9:00 AM to attend his sister's funeral at Wiggins-Knapp Funeral Home, 524 Capitol Street, Vallejo, CA. Investigator Scoville shall return defendant to the Sacramento County Jail by 8:00 PM on Friday, 6/24/2022 .

Issued at Sacramento, California on at 9:00 AM on June 17, 2022

*Kendall J. Newman* (signature)
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE