LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
DEDRIC BLOUNT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-cr-0035 JAM |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY RELEASE |
| DEDRIC BLOUNT, | |
| Defendant. | |
| | Court:      Hon. Jeremy D. Peterson |

The parties to this action, Plaintiff United States of America by and through Assistant

United States Attorney Jason Hitt and Defendant Dedric Blount by and through his attorney

Todd D. Leras, request that the Court issue an order granting Mr. Blount a temporary release

from the Sacramento County Jail on Tuesday, September 20, 2022, from 8:00 a.m. to 8:00 p.m.,

to attend a memorial service for his sister, Tonya Blount.  The period of the temporary release is

required to allow roundtrip travel from Sacramento to Vallejo.

ORDER FOR TEMPORARY RELEASE

Dedric Blount was very close to his sister and her death represents a significant loss to him. Tonya Blount died on June 4, 2022. A funeral service and family gathering occurred on June 24, 2022, but Mr. Blount was not able to attend, despite a stipulation of the parties to allow him to do so, due to a COVID outbreak impacting his immediate family. An order for temporary release signed by Chief United States Magistrate Judge was withdrawn based on the COVID outbreak.

Mr. Blount is currently in custody at the Sacramento County Jail. United States Magistrate Judge Jeremy D. Peterson authorized a temporary release for Dedric Blount to allow him to attend his mother's funeral on August 9, 2021. That funeral service occurred at the Wiggins-Knapp Funeral Home in Vallejo. Defense Investigator Fred Scoville accompanied Mr. Blount to his mother's funeral service last August without incident.

Dedric Blount is charged with drug trafficking offenses, including participating in a conspiracy to distribute and possess with intent to distribute cocaine base and heroin in violation of 21 U.S.C. §§ 846 and 841(a)(1). His matter is scheduled for Status Conference on October 25, 2022, before the Honorable John A. Mendez.

The parties stipulate and agree that Mr. Blount be temporarily released from the Sacramento County Jail to the custody of Investigator Fred Scoville on September 20, 2022, from 8:00 a.m. to 8:00 p.m. Mr. Blount's activity will be limited to traveling from the Jail to his sister's memorial service and family gathering. Investigator Scoville will escort Mr. Blount to the funeral ceremony and remain with him until his return to the Sacramento County Jail. Mr. Blount will remain in the custody of Investigator Scoville during the period of the Temporary Release.

/ / /

ORDER FOR TEMPORARY RELEASE

1    Assistant U.S. Attorney Jason Hitt has reviewed this proposed order and authorized Todd

2    D. Leras to sign it on his behalf.

3    DATED:  September 14, 2022

4                                                          By ____/s/ Todd D. Leras for_____
                                                                JASON HITT
5                                                              Assistant United States Attorney

6

7    DATED:  September 14, 2022                       By ____/s/ Todd D. Leras_____
                                                                TODD D. LERAS
8                                                              Attorney for Defendant
                                                                DEDRIC BLOUNT
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   ORDER FOR TEMPORARY RELEASE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, and good cause appearing to exist, the Court orders the following:

1.  Dedric Blount (X Reference Number 5354850) shall be released from the Sacramento County Jail on a "Temporary Out" on September 20, 2022, at 8:00 a.m., to the temporary custody of Investigator Fred Scoville, who has agreed to function as third-party custodian.

2.  Upon temporary release, Dedric Blount shall remain with the third-party custodian while traveling from the Sacramento County Jail to his sister's funeral ceremony and family gathering at the Impact Bible Ministries, 1680 Fairgrounds Drive, Vallejo, California.  Investigator Scoville shall remain with Dedric Blount during the funeral service and family gathering for Tonya Blount.

3.  Investigator Scoville shall return Dedric Blount to the Sacramento County Jail by 8:00 p.m. on Tuesday, September 20, 2022.

4.  The United States Marshals Service is directed to make necessary arrangements with the Sacramento County Main Jail for Dedric Blount's release and subsequent return to custody on September 20, 2022.

IT IS SO ORDERED.

DATED:   September 15, 2022

HONORABLE JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

ORDER FOR TEMPORARY RELEASE