UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DEDRIC BLOUNT,<br><br>    Defendant. | Case No.  2:21-cr-00035-JAM<br><br>**ORDER FOR TEMPORARY RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  DEDRIC BLOUNT, Case No. 2:21-cr-00035-JAM , Charge 21 U.S.C. § 846, 841(a)(1), from custody for the following reasons:

\_\_\_\_\_    Release on Personal Recognizance

\_\_\_\_\_    Bail Posted in the Sum of $ _____

\_\_\_\_\_        Unsecured Appearance Bond $ _____

\_\_\_\_\_        Appearance Bond with 10% Deposit

\_\_\_\_\_        Appearance Bond with Surety

\_\_\_\_\_        Corporate Surety Bail Bond

  X      (Other): The defendant is ordered temporarily released from custody at 8:00 a.m. on September 20, 2022, to the custody of Investigator Fred Scoville, and is further ordered to surrender himself to the Sacramento County Jail no later than 8:00 p.m. that same day.

Issued at Sacramento, California on September 19, 2022 at 7:40 a.m.

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE