LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
DEDRIC BLOUNT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DEDRIC BLOUNT,<br><br>    Defendant. | Case No.: 2:21-cr-00035-JAM<br><br>**ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES**<br><br>Court:   Hon. John A. Mendez<br>Date:    March 21, 2023<br>Time:    9:00 a.m. |

This matter is currently set for a Sentencing Hearing on March 21, 2023.  Defendant requests to continue the Sentencing Hearing to June 27, 2023.  The assigned probation officer has confirmed her availability for June 27, 2023.

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

It is therefore requested that the Court set the pre-sentence report disclosure schedule as follows:

1. Draft Pre-Sentence Report Date:  May 16, 2023;

2. Informal Objections to Draft Pre-Sentence Report:  May 30, 2023;

3. Final Pre-Sentence Report Date:   June 6, 2023;

4. Motion for Correction Date: June 13, 2023; and

5. Reply Date: June 20, 2023.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney Jason Hitt has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED:  March 14, 2023

By     /s/ Todd D. Leras for
JASON HITT
Assistant United States Attorney


DATED:  March 14, 2023

By     /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
DEDRIC BLOUNT

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

**ORDER**

The Sentencing Hearing, set for March 21, 2023, is vacated. The Sentencing Hearing in this matter **IS CONTINUED** to **June 27, 2023, at 9:00 a.m**. The Court **ADOPTS** the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.


Dated: March 16, 2023                          /s/ John A. Mendez
                                               THE HONORABLE JOHN A. MENDEZ
                                               SENIOR UNITED STATES DISTRICT JUDGE

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE