LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
DEDRIC BLOUNT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>DEDRIC BLOUNT,<br><br>                    Defendant. | Case No.: 2:21-cr-00035-JAM-1<br><br>**ORDER TO SET STATUS OF SENTENCING HEARING**<br><br>Court:        Hon. John A. Mendez<br>Date:         June 27, 2023<br>Time:         9:00 a.m. |

This matter is currently set for a Sentencing Hearing on June 27, 2023.  Defendant requests to vacate the Sentencing Hearing and to set a Status of Sentencing Hearing on August 1, 2023.

The probation officer originally assigned to this matter has transferred to another district.

ORDER SETTING STATUS OF
SENTENCING HEARING

The probation department has assigned this matter to a new probation officer.  The newly

assigned probation officer is presently unavailable to select a new sentencing date and Pre-

Sentence Investigation Report (PSR) disclosure schedule.

Given the reassignment of this matter within the probation department, defense counsel

requests to vacate the Sentencing Hearing set for June 27, 2023.  The defense requires additional

time to provide supplemental materials to the new probation officer in support of the defense

sentencing request as permitted by the Plea Agreement.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial

Act is not required.  Assistant U.S. Attorney Jason Hitt has authorized Todd D. Leras via email

to sign this stipulation on his behalf.

DATED:  June 15, 2023

By  ___*/s/ Todd D. Leras for*___
                    JASON HITT
                    Assistant United States Attorney


DATED:  June 15, 2023

By  ___*/s/ Todd D. Leras*___
                    TODD D. LERAS
                    Attorney for Defendant
                    DEDRIC BLOUNT

ORDER SETTING STATUS OF
SENTENCING HEARING

1

2                                        **ORDER**

3
        The Sentencing Hearing, set for June 27, 2023, is **VACATED**.  A Status of Sentencing
4
5    Hearing in this matter is **SET** for **August 1, 2023, at 9:00 AM**.

6         **IT IS SO ORDERED**.

7         Dated: June 15, 2023      /s/ John A. Mendez

8                                    THE HONORABLE JOHN A. MENDEZ
                                     SENIOR UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
     ORDER SETTING STATUS OF
28   SENTENCING HEARING