LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
DEDRIC BLOUNT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-cr-00035-JAM-1 |
| Plaintiff, | **ORDER TO SET SENTENCING HEARING AND PRE-SENTENCE REPORT DEADLINES** |
| vs. | |
| DEDRIC BLOUNT, | Court:   Hon. John A. Mendez |
| Defendant. | Date:    August 1, 2023 |
| | Time:    9:00 a.m. |

This matter is currently set for a Status of Sentencing Hearing on August 1, 2023. A new probation officer has been assigned to prepare the Pre-Sentence Investigation Report (PSR). The newly assigned probation officer has confirmed her availability for a Sentencing Hearing on November 14, 2023.

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

It is therefore requested that the Court set the pre-sentence report disclosure schedule as follows:

1. Draft Pre-Sentence Report Date:  **October 3, 2023**;

2. Informal Objections to Draft Pre-Sentence Report:  **October 17, 2023**;

3. Final Pre-Sentence Report Date:   **October 24, 2023**;

4. Motion for Correction Date: **October 31, 2023**; and

5. Reply Date: **November 7, 2023**.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney Jason Hitt has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED:  July 18, 2023

By   */s/ Todd D. Leras for*
JASON HITT
Assistant United States Attorney

DATED:  July 18, 2023

By   */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
DEDRIC BLOUNT

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

**ORDER**

The Status of Sentencing Hearing, set for August 1, 2023, is **VACATED.** The **Sentencing Hearing** in this matter is **SET** for **November 14, 2023, at 9:00 a.m**. The Court **ADOPTS** the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

Dated: July 18, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE